**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Eric** <br> First name <br><br> **R.** <br> Middle name <br><br> **Braverman** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6845 | |

Debtor 1   __Braverman, Eric R.__                                        Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business name or EINs.

**DBA  Eric R. Braverman**
Business name(s)

**02-3293661**
EINs

☐ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

**5.** **Where you live**

**200 Chambers St**
**# 26C**
**New York, NY 10007-1350**
Number, Street, City, State & ZIP Code

**New York**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
   Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
   Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1    **Braverman, Eric R.**                                          Case number *(if known)*  _____

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

| 7. | The chapter of the Bankruptcy Code you are choosing to file under | *Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.* |

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

| 8. | How you will pay the fee | ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

| 9. | Have you filed for bankruptcy within the last 8 years? | ■ No. |

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ■ No |

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| 11. | Do you rent your residence? | ■ No.    Go to line 12. |

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐    No. Go to line 12.

☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Braverman, Eric R.**                                                Case number *(if known)*

---

**Part 3:** Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*For a definition of small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Braverman, Eric R.**                                    Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Certificate Number: 01267-NYS-CC-028747281



01267-NYS-CC-028747281

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 10, 2017, at 06:28 o'clock PM EST, Eric R. Braverman received from Money Management International, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Southern District of New York, an individual [or group] briefing that complied with the provisions of 11 U.S.C . §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: February 10, 2017                  By:   /s/Bethany Condoll

                                        Name:   Bethany Condoll

                                        Title:   Area Manager

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).

Debtor 1    **Braverman, Eric R.**                                                Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

■ No. Go to line 16c.

☐ Yes. Go to line 17

**16c.** State the type of debts you owe that are not consumer debts or business debts
**Matrimonial related**

---

**17.** Are you filing under Chapter 7?

■ No    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

_____          _____
**Eric R. Braverman**                                      Signature of Debtor 2
Signature of Debtor 1

Executed on    **March 3, 2017**              Executed on _____
                      MM / DD / YYYY                                          MM / DD / YYYY

---

Debtor 1   **Braverman, Eric R.**                                        Case number (if known)

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Date   **March 3, 2017**

Signature of Attorney for Debtor                                    MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 221-5700**            Email address   **knash@gwfglaw.com**

Bar number & State

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                              Chapter 11

Eric Braverman,                                     Case No.

                                  Debtor.
-------------------------------------------------------------x

## DEBTOR'S DECLARATION PURSUANT TO
## LOCAL BANKRUPTCY RULE 1007-4

Eric Braverman, M.D. declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.    I am the individual Chapter 11 debtor herein, and as such I am familiar with the facts and circumstances set forth below.

2.    I submit this Declaration in accordance with Local Bankruptcy Rule 1007-4 in support of my petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

3.    For many years, I was a successful and well respected doctor, specializing in the field of anti-aging medicine. I maintained an extensive and profitable medical practice in New York City, with satellite offices in Florida and elsewhere

4.    In May 2011, I became embroiled in a highly contentious and bitter divorce proceeding with my ex-wife, Darya Braverman, which has completely drained me financially, professionally and emotionally.

5.    I have been wrongly vilified throughout the divorce case. Unfortunately, the divorce has garnered negative publicity and badly hurt my medical practice and standing in the medical community.

1

6.    Notwithstanding a number of adverse divorce rulings, I will always maintain that I am a capable and supportive father to my three (3) children. I believe that my rights and interests were not properly represented during the divorce despite paying more than $5,000,000 in total attorney fees, expert fees, and other court appointed individuals.

7.    At this juncture, I face the prospect of a forced sale of my assets by the court appointed receiver, Simon Miller (a partner at Blank Rome LLP) and likely irreparable harm to my medical practice arising from multiple judgments. Indeed, just yesterday, an Order granting summary judgment in favor of Citibank N.A. was issued to enforce a personal guaranty of a $2,000,000 loan obligation. The entry and enforcement of a resulting judgment will further complicate my legal and financial affairs.

8.    Rather than expose myself to additional legal travails, I am filing this Chapter 11 petition to use bankruptcy to avoid a distressed sale of my assets and preserve my medical practice. The Chapter 11 case will allow me to address a number of competing claims in a single forum.

9.    My primary asset, while jointly owned with my ex-wife (Darya Braverman), remains a valuable New York City apartment which I believe has a value of between $7,000,000 - $8,000,000. Still pending before the Divorce Court is a determination on equitable distribution relating to the division of the apartment and other assets between my ex-wife and me.

10.    My share of the net proceeds from the apartment will allow me to promulgate a plan of reorganization that pays creditors a dividend in bankruptcy.

11.    I will also seek to discharge all of my dischargeable debts to gain the benefit of a fresh start as contemplated by personal bankruptcy.

2

12.    I am filing a complete set of schedules which lists all of my assets, creditors (secured, priority, and unsecured) and monthly income and expenses.

Dated: March 3, 2017

_____
Eric Braverman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              Chapter 11

Eric Braverman,                                     Case No.

                              Debtor,
-------------------------------------------------------------x

## SCHEDULE OF LAWSUITS

1.    Darya Braverman v. Eric Braverman
      Supreme Court, New York County
      Index No. 156633/2015

      Attorney for Plaintiff:
      Jamie Andrew Schrek, P.C.
      520 Eight Avenue,
      New York, NY 10018

      Matrimonial Attorney:
      Hindin Deutsch
      110 East 59th St, 23rd Fl
      New York, NY 10022

2.    Board of Managers of the 200 v. Eric R. Braverman
      Supreme Court, New York County
      Index No. 162556/2015

      Attorney for Plaintiff:
      Belkin Burden Wenig
      270 Madison Avenue, 5th Fl
      New York, NY 10016

3.    Peter Lomtevas, Esq. v. Eric Braverman, MD
      Supreme Court, New York County
      Index No. 655271/2016

      Attorney for Plaintiff:
      Peter C. Lomtevas, Esq.
      1248 85th Street
      Brooklyn, NY 11228

1

4.    5W Public Relations, LLC v. Path Medical P.C., and Eric Braverman,
       Supreme Court, New York County
       Index No. 655510/2016

       Attorneys for Plaintiffs:
       Petro Zinkovetsky, Esq.
       Zinkovetsky Law Firm
       1166 Avenue of the Americas, 4th Fl
       New York, NY 10036

5.    304 Pas Owner LLC v. Eric R. Braverman
       Supreme Court, New York County
       Index No. 656638/2016

       Attorneys for Plaintiffs:
       Dennis H. McCoobery, Esq.
       Stempel Bennett Claman & Hochberg, P.C.
       675 Third Avenue, 31st Fl
       New York, NY 10017

6.    Citibank, N.A. v. Place for Achieving Total Health Medical, P.C., Eric
       Braverman, Total Health Nutrients, Inc. and Total Health Nutrients, LLC
       Supreme Court, New York County
       Index No. 652371/2015

       Attorneys for Plaintiffs:
       Nathan Schwed, Esq.
       Anthony I. Giacobbe, Jr., Esq.
       Zeichner Ellman & Krause LLP
       1211 Avenue of the Americas
       New York, NY 10036

7.    Ari Teman v. Eric Braverman, M.D., Richard Smayda, D.O., Sandip Buch, M.D.,
       Anupama Reddy, M.D., Path Medical, P.C., Darya Braverman, and Total Health
       Nutrients
       Supreme Court, New York County
       Index No. 805410/2014

       Attorneys for Plaintiffs:
       Glen A. Kendall, Esq.
       Davidoff Law Firm, PLLC
       228 East 45th Street, Suite 1700
       New York, NY 10017

8.  Olga Gilmartin v. Path Medical PC., and Eric Braverman
    Supreme Court, New York County
    Index No. 161809/2013

    Attorneys for Plaintiffs:
    Jeffrey Benjamin, Esq.
    Jeffrey Benjamin, P.C.
    118-21 Queens Blvd., Suite 501
    Forest Hills, NY 11375

9.  MLS Funding Corp. v. Place for Achieving Total Health Medical, P.C. a/k/a
    Place for Achieving Total Medical Health, P.C., and Eric R. Braverman
    Supreme Court, New York County
    Index No. 158082/2013

    Attorneys for Plaintiffs:
    Scott D. Chait, Esq.
    Pretore & Peretore, P.C.
    110 Park Street
    Staten Island, NY 10306

Dated: New York, New York
       March 3, 2017

                                    By:   _____
                                          Name:  Eric Braverman

3

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Eric R. Braverman** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if. filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|
| **1** | **Citi Bank Loan**<br>300 Park Ave S<br>New York, NY 10010-5313 | What is the nature of the claim?  **Loan** | $ **$2,027,233.21** |
| | | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | |
| | _____<br>Contact | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured) | $ _____ |
| | **(917) 512-8122**<br>Contact phone | Value of security:<br>Unsecured claim | - $ _____<br>$ _____ |
| **2** | **Itria Ventures LLC**<br>1000 N West St # 1200<br>Wilmington, DE 19801-1058 | What is the nature of the claim?  **Guaranty** | $ **$1,582,782.36** |
| | | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>☐ None of the above apply | |
| | _____<br>Contact | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured) | $ _____ |

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 1

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Braverman, Eric R.**                                    Case number *(if known)* _____

|  |  |
|---|---|
| Contact phone | Value of security:        - $ _____ |
|  | Unsecured claim            $ _____ |

---

**3**

**Internal Revenue Service**
**Centralized Insolvency**
**Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

What is the nature of the claim?        **Taxes**        $ **$654,782.88**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

**(800) 829-3903**
Contact phone

Value of security:        - $ _____
Unsecured claim            $ _____

---

**4**

**304 Pas Owner LLC**
**304 Park Ave S**
**New York, NY 10010-4301**

What is the nature of the claim?        _____        $ **$630,446.77**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:        - $ _____
  Unsecured claim            $ _____

Contact

Contact phone

---

**5**

**Bender & Rosenthal LLP**
**451 Park Ave S # 8**
**New York, NY 10016-7390**

What is the nature of the claim?        **Legal Services**        $ **$400,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

**(212) 725-7111**
Contact phone

Value of security:        - $ _____
Unsecured claim            $ _____

---

**6**

**AnazaoHealth Corp.**
**5710 Hoover Blvd**
**Tampa, FL 33634-5339**

What is the nature of the claim?        _____        $ **$300,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 2

Software Copyright (c) 1996-2014 CIN Group · www.cincompass.com

Debtor 1    **Braverman, Eric R.**                                    Case number *(if known)* _____

■ None of the above apply

**Ralph Marcadis**                              **Does the creditor have a lien on your property?**

rmarcadis@marcadislaw.com         ■ No
Contact                                          ☐ Yes. Total claim (secured and unsecured)    $ _____

**(813) 288-1881**                                              Value of security:          - $ _____
Contact phone                                                   Unsecured claim            $ _____

---

| 7 | **Internal Revenue Service**<br>**Centralized Insolvency**<br>**Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** |
|---|---|

What is the nature of the claim?    **For notice purposes**    $ **$296,712.57**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
Contact                    ☐ Yes. Total claim (secured and unsecured)    $ _____

**(800) 829-3903**                         Value of security:          - $ _____
Contact phone                              Unsecured claim            $ _____

---

| 8 | **200 Chambers St. Condominum**<br>**c/o Belkin Burden Wenig &**<br>**Goldman LLP**<br>**270 Madison Ave # 5**<br>**New York, NY 10016-0601** |
|---|---|

What is the nature of the claim?    **Condo Fees**    $ **$150,325.99**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☐ No
Contact                    ■ Yes. Total claim (secured and unsecured)    $ **$150,325.99**
                                           Value of security:          - $ **$0.00**
Contact phone                              Unsecured claim            $ **$150,325.99**

---

| 9 | **Savoy Bank**<br>**600 5th Ave Fl 17**<br>**New York, NY 10020-2322** |
|---|---|

What is the nature of the claim?    **Guarantee**    $ **$138,711.49**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
Contact                    ☐ Yes. Total claim (secured and unsecured)    $ _____

**(646) 775-4000**                         Value of security:          - $ _____

---

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

Debtor 1   **Braverman, Eric R.**                                        Case number *(if known)* _____

    Contact phone _____                    Unsecured claim                    $ _____

---

**10**   **Karen Brand**                          What is the nature of the claim?   **Legal**          $ **$137,327.66**
    36 Maple Pl # 207
    Manhasset, NY 11030-1976       As of the date you file, the claim is: Check all that apply
                                    ☐   Contingent
                                    ☐   Unliquidated
                                    ■   Disputed
                                    ☐   None of the above apply

                                    Does the creditor have a lien on your property?

                                    ■   No
    Contact                          ☐   Yes. Total claim (secured and unsecured)   $ _____
    _____                            Value of security:              - $ _____
    Contact phone                              Unsecured claim                   $ _____

---

**11**   **Boies Schiller & Flexner LLP**        What is the nature of the claim?   **Legal Services**   $ **$130,000.00**
    575 Lexington Ave # 7
    New York, NY 10022-6138         As of the date you file, the claim is: Check all that apply
                                    ☐   Contingent
                                    ☐   Unliquidated
                                    ■   Disputed
                                    ☐   None of the above apply

                                    Does the creditor have a lien on your property?

                                    ■   No
    Contact                          ☐   Yes. Total claim (secured and unsecured)   $ _____
    **(212) 446-2300**                         Value of security:              - $ _____
    Contact phone                              Unsecured claim                   $ _____

---

**12**   **Raoul Felder**                        What is the nature of the claim?   **Legal**          $ **$115,000.00**
    437 Madison Ave # 36
    New York, NY 10022-7001         As of the date you file, the claim is: Check all that apply
                                    ☐   Contingent
                                    ☐   Unliquidated
                                    ■   Disputed
                                    ☐   None of the above apply

                                    Does the creditor have a lien on your property?

                                    ■   No
    Contact                          ☐   Yes. Total claim (secured and unsecured)   $ _____
    **(212) 832-3939**                         Value of security:              - $ _____
    Contact phone                              Unsecured claim                   $ _____

---

**13**   **Steven DiNardi**                      What is the nature of the claim?   _____   $ **$100,000.00**
    12 Industrial Dr
    New Brunswick, NJ 08901-3632   As of the date you file, the claim is: Check all that apply
                                    ☐   Contingent
                                    ☐   Unliquidated
                                    ☐   Disputed
                                    ■   None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 4

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

Debtor 1    **Braverman, Eric R.**                                    Case number *(if known)* _____

_____

| | Does the creditor have a lien on your property? |
|---|---|
| Contact | ■ No |
| | ☐ Yes. Total claim (secured and unsecured)    $ _____ |
| Contact phone | Value of security:    - $ _____ |
| | Unsecured claim    $ _____ |

---

**14**  Bank of America
Bank of America
PO Box 25118
Tampa, FL 33622-5118

What is the nature of the claim?    **Credit card**    $ **$100,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact

Contact phone

---

**15**  Konica Minolta
485 Lexington Ave
New York, NY 10017-2630

What is the nature of the claim?    **Guaranty**    $ **$93,920.38**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

**(212) 294-6200**
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**16**  Andrew J. Spinelli
295 Madison Ave
New York, NY 10017-6304

What is the nature of the claim?    _____    $ **$75,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact

Contact phone

---

**17**

What is the nature of the claim?    _____    $ **$73,045.55**

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 5

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

Debtor 1    **Braverman, Eric R.**                                                         Case number *(if known)* _____

**Rainbow Diet Wellness Center LLC**
c/o Darya Braverman
39 N Moore St Apt 3B
New York, NY 10013-2493

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
      Value of security:    - $ _____
      Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**18**    **Chase**
333 E 23rd St
New York, NY 10010-4710

What is the nature of the claim? _____    $ $65,077.88

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact _____

**(212) 477-7760**
Contact phone

      Value of security:    - $ _____
      Unsecured claim    $ _____

---

**19**    **Can Capital**
414 W 14th St
New York, NY 10014-1030

What is the nature of the claim? _____    $ $63,906.68

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact _____

**(646) 461-4288**
Contact phone

      Value of security:    - $ _____
      Unsecured claim    $ _____

---

**20**    **Simon Miller**
c/o Blank Rome LLP
405 Lexington Ave
New York, NY 10174-0002

What is the nature of the claim? _____    $ $56,578.88

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

Debtor 1    **Braverman, Eric R.**                                    Case number *(if known)* _____

| | | |
|---|---|---|
| | ■ No | |
| Contact | ☐ Yes | Total claim (secured and unsecured)    $ _____ |
| | | Value of security.    - $ _____ |
| Contact phone | | Unsecured claim    $ _____ |

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _Eric Braverman_____        X _____
Eric R. Braverman                          Signature of Debtor 2
Signature of Debtor 1


Date    **March 3, 2017**_____        Date _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 7

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Eric R. Braverman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

�■ Yes. Where is the property?

1.1

**200 Chambers St # 26C**
Street address, if available, or other description

**New York          NY     10007-1350**
City                State    ZIP Code

County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**with storage units, estimated $7,000,000 - $8,000,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,000,000 - $8,000,000 | TBD |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entirety**

☐ Check if this is community property (see instructions)

Debtor 1    Braverman, Eric R.                                           Case number *(if known)*

1.2   **If you own or have more than one, list here:**

| | What is the property? Check all that apply | |
|---|---|---|

664 Route 518
Street address, if available, or other description

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Skillman          NJ     08558-2508
City              State   ZIP Code

Current value of the entire property?     Current value of the portion you own?

$500,000 - $800,000      TBD

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

County

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

estimated between $500,000 - $800,000

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>     $0.00

**Part 2:  Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- ☐ No
- ☑ Yes

3.1   Make:
      Model:
      Year:
      Approximate mileage:
      Other information:

      Company Car

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?     Current value of the portion you own?

unknown          unknown

4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................=>     $0.00

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1    **Braverman, Eric R.**                                     Case number *(if known)*

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes  Describe....

| Household goods and furnishings - 10 years old Cost of $200,000 | unknown |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe....

| Miscellaneous and televisions | $1,500.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☑ Yes. Describe....

| Minimal artwork, approximate value less than $1,000 | $1,000.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☑ No
☐ Yes. Describe....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe....

| Wearing apparel | $2,000.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe....

| Watch and other miscellaneous items - Estimated at $10,000 | $10,000.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☑ No
☐ Yes. Describe....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes. Give specific information....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................

| $14,500.00 |

**Part 4:** Describe Your Financial Assets

Debtor 1   **Braverman, Eric R.**                                          Case number (if known)

**Do you own or have any legal or equitable interest in any of the following?**                    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
    institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.................                        Institution name:

| | | |
|---|---|---|
| 17.1. | **See attached list of bank accounts.** | unknown |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................       Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them.................
    Name of entity:                                              % of ownership:

| | | |
|---|---|---|
| **See attached list of business interests.** | **100.00** % | unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them.
                                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:                       Institution name:

| | | |
|---|---|---|
| **Additional Account** | **See attached list of retirement and pension accounts.** | unknown |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............       Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No

Official Form 106A/B                          Schedule A/B: Property                                 page 4

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1 **Braverman, Eric R.**                              Case number *(if known)* _____

■ Yes. Give specific information about them...

| See attached list of children's accounts | | unknown |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☐ No

■ Yes. Give specific information about them...

| See attached list of intellectual property. | | unknown |

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No

■ Yes. Give specific information about them...

| Medical license in various states. (New York and others) | | unknown |

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information...

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance, health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name. | Beneficiary | Surrender or refund value: |
|---|---|---|
| Homeowner's Policy | | unknown |
| Life Insurance Policy - likely lapsed | | unknown |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
■ No
☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No

■ Yes. Describe each claim ....

Debtor 1   **Braverman, Eric R.**                                                    Case number *(if known)* _____

| | |
|---|---|
| - Claims against former attorneys - Karen Brand<br>- Claims against Darya Braverman ($2,424,300) for<br>contribution to loans obtained by Debtor through his<br>medical practice to purchase Chamsters St. Apt. | unknown |

34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
- ■ No
- ☐ Yes. Describe each claim .......

35. Any financial assets you did not already list
- ■ No
- ☐ Yes. Give specific information .

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................... | $0.00 |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.

37 Do you own or have any legal or equitable interest in any business-related property?
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Part 6**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.
If you own or have an interest in farmland, list it in Part 1

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
- ■ No. Go to Part 7
- ☐ Yes. Go to line 47

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information... .....

54. Add the dollar value of all of your entries from Part 7. Write that number here ............................. | $0.00 |

**Part 8:**   List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2 .......................................................... | | $8,150,000.00 |
| 56. Part 2: Total vehicles, line 5 | $0.00 | |
| 57. Part 3: Total personal and household items, line 15 | $14,500.00 | |
| 58. Part 4: Total financial assets, line 36 | $0.00 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 + | $0.00 | |
| 62. Total personal property. Add lines 56 through 61... | $14,500.00 | Copy personal property total  $14,500.00 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | $8,164,500.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

## ATTACHMENTS TO THE DEBTOR'S BANKRUPTY SCHEDULES
### VALUES AS OF 12/31/16

**A - Schedule of Bank Accounts**

| | |
|---|---|
| TD Bank - 4249592894 | $871.13 |
| Chase - 4677 | $2.50 |
| Morgan Stanley | $18.06 |
| 1st Constitution - 6317 | $0.00 |
| **Total Schedule of Bank Accounts** | **$891.69** |

**B - Business Interests**

| | |
|---|---|
| Place for Achieving Total Health Medical, P.C. | |
| Total Health Nutrients, Inc. | |
| Total Health Nutrients, LLC | |
| David Enterprises | |
| **Total Business Interests** | **$0.00** |

**C - Children's Accounts**

| | |
|---|---|
| Chase - 7251 | $210.00 |
| Chase - 9474 | $210.00 |
| Chase - 9565 | $210.00 |
| Neuberger - Ari | $17,833.44 |
| Neuberger - Daniel | $40,608.90 |
| Neuberger - Steven | $40,225.14 |
| CollegeBoundfund (529) - Daniel | $13,878.07 |
| CollegeBoundfund (529) - Steven | $13,878.07 |
| **Total Children's Accounts** | **$127,053.62** |

**D - Retirement and Pension Accounts**

| | |
|---|---|
| Chase - IRA 3022075745 | $0.00 |
| Chase Retirement Plan - 9133 | $0.00 |
| Morgan Stanley (from Janus) | $0.00 |
| Neuberger - 521-01389 841 | $58,676.18 |
| Path Profit Sharing | $22,487.06 |
| Paychex 401k | $45,405.13 |
| **Total Retirement and Pension Accounts** | **$126,568.37** |

| Registered Intellectual Property | | | |
|---|---|---|---|
| Serial Number | Reg. Number | Word Mark | Description |
| 1 | 78675719 | 3449432 | PATH MEDICAL AGE PRINT ELECTROPAUSE CARDIOPAUSE OSTEOPAUSE ANDROPAUSE MENO PAUSE DERMAPAUSE |
| 2 | 78669736 | 3551889 | PATH MEDICAL AGE PRINT ELECTROPAUSE CARDIOPAUSE OSTEOPAUSE ANDROPAUSE MENO PAUSE DERMAPAUSE |
| 3 | 78296558 | 3013911 | RAINBOW DIET |
| 4 | 78296546 | | BRAIN IMPRINT |
| 5 | 78296531 | | BRAIN CODE |
| 6 | 78293118 | | RAINBOW DIET WELLNESS PROGRAM |
| 7 | 78292529 | | LIFE PAUSES |
| 8 | 77282443 | 3435070 | PATH MEDICAL AGE PRINT ELECTROPAUSE CARDIOPAUSE OSTEOPAUSE ANDROPAUSE MENO PAUSE DERMAPAUSE |
| 9 | 76420144 | | NUTRIPRINT |
| 10 | 76396176 | | BRAIN PRINT |

| Patents |
|---|
| 1. Apparatus and method for increasing the amplitude of P300 waves in the human brain  Patent #: 5,342,410  Date: August 30, 1994  2. Method for increasing the amplitude of P300 waves in the human brain  Patent#: 5,163,444  Date: November 17, 1992 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Eric R. Braverman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **200 Chambers St # 26C**<br>**New York NY, 10007-1350**<br>Line from *Schedule A/B*: 1.1 | $7,000,000 - $8,000,000 | ■ | TBD | N.Y. Civ. Prac. Law and Rules § 5206(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Household goods and furnishings -**<br>**10 years old**<br>**Cost of $200,000**<br>Line from *Schedule A/B*: 6.1 | Unknown | ☐ | | N.Y. Civ. Prac. Law and Rules § 5205(a)(5) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| **Wearing apparel**<br>Line from *Schedule A/B*: 11.1 | $2,000.00 | ☐ | | N.Y. Civ. Prac. Law and Rules § 5205(a)(5) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| **See attached list of bank accounts.**<br>Line from *Schedule A/B*: 17.1 | Unknown | ■ | $5,525.00 | N.Y. Debt & Cred. Law § 2823(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **See attached list of bank accounts.**<br>Line from *Schedule A/B*: 17.1 | Unknown | ■ | $112,436.00 | N.Y. Civ. Prac. Law and Rules § 5205(c |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Eric R. Braverman** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form, On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No  Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes  Fill in all of the information below

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **200 Chambers St. Condominum**<br>Creditor's Name<br><br>c/o Belkin Burden Wenig & Goldman LLP<br>270 Madison Ave # 5<br>New York, NY<br>10016-0601<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**Maintenance Lien**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | $150,325.99 | $0.00 | $150,325.99 |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____     Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.2** **Morgan Stanley**<br>Creditor's Name<br><br><br>1 Penn Plz Fl 43<br>New York, NY<br>10119-4323<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**200 Chambers St #26C, New York, NY 10007 with storage units estimated between $7,000,000 - $8,000,000**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) | $3,790,029.20 | $7,000,000.00 | $0.00 |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  Eric R. Braverman

    First Name        Middle Name        Last Name

Case number (if known) _____

Date debt was incurred  08/01/2016 _____ Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.3** Ocwen Loan Servicing LLC | Describe the property that secures the claim: | $166,000.00 | $500.00 | $165,500.00 |

**2.3** Ocwen Loan Servicing LLC

Creditor's Name

PO Box 5400
Carol Stream, IL 60197-5400

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

664 Route 518, Skillman, NJ 08558-2508 estimated between $500,000 - $800,000

As of the date you file, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Nature of lien. Check all that apply

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

|  |  |  |  |
|---|---|---|---|
| $166,000.00 | $500.00 | $165,500.00 | |

Date debt was incurred _____  Last 4 digits of account number _____

**2.4** Specialized Loan Services

Creditor's Name

Specialized Loan Servicing LLC
PO Box 636005
Littleton, CO 80163-6005

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

664 Route 518, Skillman, NJ 08558-2508 estimated between $500,000 - $800,000

As of the date you file, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Home Equity

Who owes the debt? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

|  |  |  |
|---|---|---|
| $369,440.15 | $500.00 | $369,440.15 |

Date debt was incurred _____  Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:

| $4,475,795.34 |
|---|

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| $4,475,795.34 |
|---|

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Eric R. Braverman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse If, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1  Darya Braverman**
Priority Creditor's Name

Last 4 digits of account number _____    unknown    Priority amount TBD    Nonpriority amount TBD

**39 N Moore St Apt 3B**
**New York, NY 10013-2493**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of PRIORITY unsecured claim:
- ■ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Debtor 1  **Braverman, Eric R.**                          Case number (if know) _____

| | | | | | |
|---|---|---|---|---|---|

**2.2** | **Elisheva Hannah Braverman**
Priority Creditor's Name

Last 4 digits of account number _____    **unknown** | **TBD** | **TBD**

2283 3rd Ave Apt 3C
**New York, NY 10035-1753**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?

■ No
☐ Yes

---

**2.3** | **Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Last 4 digits of account number _____   **$296,712.5
7** | **$296,712.57** | **$0.00**

When was the debt incurred?   **2013**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?

■ No
☐ Yes

---

**2.4** | **Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Last 4 digits of account number _____   **$654,782.8
8** | **$654,782.88** | **$0.00**

When was the debt incurred?   **2014**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor 1  **Braverman, Eric R.**                                    Case number (if known) _____

| 2.5 | **Jonathan J. Braverman** | Last 4 digits of account number | | **unknown** | TBD | TBD |

Priority Creditor's Name

When was the debt incurred? _____

**1107 SW 149th Ln**
**Sunrise, FL 33326-1958**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

☐ At least one of the debtors and another

■ Domestic support obligations

☐ Check if this claim is for a  community debt

☐ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

---

| 2.6 | **New York State Dept of Labor** | Last 4 digits of account number | | $47,819.04 | $47,819.04 | $0.00 |

Priority Creditor's Name

When was the debt incurred? _____

**75 Varick St Fl 7**
**New York, NY 10013-1900**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

■ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

---

| 2.7 | **NY City Department of Finance** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Bankruptcy Unit**
**345 Adams St Fl 3**
**Brooklyn, NY 11201-3719**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

■ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

---

Debtor 1  **Braverman, Eric R.**                              Case number (if know) _____

| 2.8 | **NYC Dep't of Finance** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Legal Affairs**
**345 Adams St Fl 3**
**Brooklyn, NY 11201-3719**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Wages, salaries, and commissions**

| 2.9 | **NYS Dep't of Taxation** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Bankruptcy/Special Procedure**
**PO Box 5300**
**Albany, NY 12205-0300**
Number Street City State Zip Code

**Who incurred the debt?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

**Part 2:  List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2

                                                                                    **Total claim**

Debtor 1  **Braverman, Eric R.**                                    Case number (if know)

| 4.1 | **304 Pas Owner LLC** | Last 4 digits of account number | _____ | $630,446.77 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**304 Park Ave S**
**New York, NY 10010-4301**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.2 | **5W Public Relations LLC** | Last 4 digits of account number | _____ | $37,919.75 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1166 Avenue of the Americas Fl 4**
**New York, NY 10036-2750**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.3 | **AAA Financial Services** | Last 4 digits of account number | _____ | $5,556.12 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1415 Kellum Pl**
**Garden City, NY 11530-1695**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Braverman, Eric R.**                                          Case number (if know) _____

| 4.4 | **Alexander Potruch, Esq.** | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**666 Old Country Rd Ste 555**
**Garden City, NY 11530-2005**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**     ☐ Student loans
  **debt**
  **Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not
  report as priority claims
- ■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes     ■ Other. Specify _____

---

| 4.5 | **AnazaoHealth Corp.** | Last 4 digits of account number _____ | **$300,000.00** |

Nonpriority Creditor's Name

When was the debt incurred?     **8/1/16**

**5710 Hoover Blvd**
**Tampa, FL 33634-5339**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**     ☐ Student loans
  **debt**
  **Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not
  report as priority claims
- ■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes     ■ Other. Specify _____

---

| 4.6 | **Andrew J. Spinelli** | Last 4 digits of account number _____ | **$75,000.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**295 Madison Ave**
**New York, NY 10017-6304**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**     ☐ Student loans
  **debt**
  · **Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not
  report as priority claims
- ■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes     ■ Other. Specify _____

---

Debtor 1  **Braverman, Eric R.**                                    Case number (if known) _____

| 4.7 | **Ari Teman** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

When was the debt incurred?  _____

**140 7th Ave**
**New York, NY 10011-1843**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other  Specify _____

---

| 4.8 | **Bank of America** | Last 4 digits of account number  **4983** | $21,099.92 |

Nonpriority Creditor's Name

**Bank of America**
**PO Box 25118**
**Tampa, FL 33622-5118**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 | **Bank of America** | Last 4 digits of account number  **8308** | $100,000.00 |

Nonpriority Creditor's Name

**Bank of America**
**PO Box 25118**
**Tampa, FL 33622-5118**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Braverman, Eric R.**                                           Case number (if known)

---

| 4.10 | **Barry Berkman** |
|------|-------------------|

Nonpriority Creditor's Name

**521 5th Ave**
**New York, NY 10175-0003**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____                 $14,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.11 | **Bender & Rosenthal LLP** |
|------|---------------------------|

Nonpriority Creditor's Name

**451 Park Ave S # 8**
**New York, NY 10016-7390**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____                 $226,517.00

When was the debt incurred?    **May 2016**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.12 | **Boies Schiller & Flexner LLP** |
|------|----------------------------------|

Nonpriority Creditor's Name

**575 Lexington Ave # 7**
**New York, NY 10022-6138**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____                 $130,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Braverman, Eric R.**                                    Case number (if known) _____

| 4.13 | **Can Capital** | Last 4 digits of account number _____ | $63,906.68 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**414 W 14th St**
**New York, NY 10014-1030**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community    ☐ Student loans
debt                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify _____

| 4.14 | **Chase** | Last 4 digits of account number _____ | $65,077.88 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**333 E 23rd St**
**New York, NY 10010-4710**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community    ☐ Student loans
debt                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify _____

| 4.15 | **CIT Financing Services** | Last 4 digits of account number _____ | $56,513.84 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1 Cit Dr**
**Livingston, NJ 07039-5703**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community    ☐ Student loans
debt                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify _____

Debtor 1 **Braverman, Eric R.**                                    Case number (if know) _____

| 4.16 | **Citi** | Last 4 digits of account number | **3052** | **$24,373.05** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**300 Park Ave S**
**New York, NY 10010-5313**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community          ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify _____

| 4.17 | **Citi** | Last 4 digits of account number | **6434** | **$19,399.67** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**300 Park Ave S**
**New York, NY 10010-5313**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community          ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify _____

| 4.18 | **Citi Bank Loan** | Last 4 digits of account number | | **$2,027,233.21** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**300 Park Ave S**
**New York, NY 10010-5313**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
■ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community          ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify _____

Debtor 1  **Braverman, Eric R.**                                    Case number (if know) _____

---

| 4.19 | **Court Reporter - Delores Hilliards** | Last 4 digits of account number _____ | $700.35 |

Nonpriority Creditor's Name

**60 Centre St**
**New York, NY 10007-1402**
Number Street City State Zip Code

When was the debt incurred?   **10/31/16**

Who incurred the debt? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other  Specify _____

---

| 4.20 | **Court Reporter - Diane Kavanaugh** | Last 4 digits of account number _____ | $464.40 |

Nonpriority Creditor's Name

**60 Centre St**
**New York, NY 10007-1402**
Number Street City State Zip Code

When was the debt incurred?   **10/19/2016**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.21 | **Court Reporter - Jeanette Lake - Mason** | Last 4 digits of account number _____ | $1,144.80 |

Nonpriority Creditor's Name

**60 Centre St**
**New York, NY 10007-1402**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Braverman, Eric R.**                                          Case number (if known) _____

| 4.22 | **Court Reporter - Monica Horvath** | Last 4 digits of account number _____ | $556.80 |

Nonpriority Creditor's Name

When was the debt incurred?  _____

60 Centre St
New York, NY 10007-1402
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.23 | **Douglas Labs/HVL** | Last 4 digits of account number _____ | $43,288.91 |

Nonpriority Creditor's Name

When was the debt incurred?  _____

600 Boyce Rd
Pittsburgh, PA 15205-9742
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.24 | **Frederick Charles Sake, PA** | Last 4 digits of account number _____ | $11,996.00 |

Nonpriority Creditor's Name

When was the debt incurred?  _____

4770 Biscayne Blvd Ste 1400
Miami, FL 33137-3243
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

Debtor 1  **Braverman, Eric R.**                                          Case number (if known) _____

---

**4.25**  **Fundation**
Nonpriority Creditor's Name

**c/o Jennifer Wood Collections**
**PO Box 2149**
**Gig Harbor, WA 98335-4149**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____          **$20,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.26**  **Goldman Johnson**
Nonpriority Creditor's Name

**500 5th Ave # 34**
**New York, NY 10110-3399**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____          **$5,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.27**  **Itria Ventures LLC**
Nonpriority Creditor's Name

**1000 N West St # 1200**
**Wilmington, DE 19801-1058**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____          **$1,582,782.36**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1 **Braverman, Eric R.**                                                    Case number (if know)

| 4.28 | **Itria Ventures LLC** | Last 4 digits of account number | | $29,167.14 |

Nonpriority Creditor's Name

When was the debt incurred?

**1000 N West St # 1200**
**Wilmington, DE 19801-1058**
Number Street City State Zip Code                              As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                               ☐ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ☑ Disputed
☑ At least one of the debtors and another                     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                      ☐ Student loans
debt                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims
☑ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                         ☑ Other. Specify _____

---

| 4.29 | **Johnson, Morgan & White** | Last 4 digits of account number | | $20,000.00 |

Nonpriority Creditor's Name

When was the debt incurred?

**6800 Broken Sound Pkwy NW**
**Boca Raton, FL 33487-2721**
Number Street City State Zip Code                              As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☑ Debtor 1 only                                               ☐ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ☑ Disputed
☐ At least one of the debtors and another                     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                      ☐ Student loans
debt                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims
☑ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                         ☑ Other. Specify _____

---

| 4.30 | **Karen Brand** | Last 4 digits of account number | | $137,327.66 |

Nonpriority Creditor's Name

When was the debt incurred?

**36 Maple Pl # 207**
**Manhasset, NY 11030-1976**
Number Street City State Zip Code                              As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☑ Debtor 1 only                                               ☐ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ☑ Disputed
☐ At least one of the debtors and another                     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                      ☐ Student loans
debt                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims
☑ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                         ☑ Other. Specify _____

---

Debtor 1   **Braverman, Eric R.**                                    Case number (if known) _____

| 4.31 | **Konica Minolta** | Last 4 digits of account number _____ | **$93,920.38** |

Nonpriority Creditor's Name

**485 Lexington Ave**
**New York, NY 10017-2630**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.32 | **Leon Borstein** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**420 Lexington Ave Rm 2920**
**New York, NY 10170-2902**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.33 | **Michell Cohen** | Last 4 digits of account number _____ | **$6,282.00** |

Nonpriority Creditor's Name

**c/o Callan, Koster, Brady & Nagler LLP**
**1 Whitehall St**
**New York, NY 10004-2109**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Judgment Lien**

Debtor 1  **Braverman, Eric R.**                                    Case number (if known) _____

| 4.34 | **MLS Funding** | Last 4 digits of account number _____ | $44,153.75 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**147 Main St Lower Level**
**Cold Spring Harbor, NY 11724-1425**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify _____

---

| 4.35 | **NJ Medical Consultant - DeBlasio** | Last 4 digits of account number _____ | $1,500.00 |

Nonpriority Creditor's Name
**c/o Joseph Bongiorno & Assocs.**            When was the debt incurred? _____
**250 Mineola Blvd**
**Mineola, NY 11501-2447**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify _____

---

| 4.36 | **Olga Gilmartin** | Last 4 digits of account number _____ | $20,000.00 |

Nonpriority Creditor's Name
**c/o Jeffrey Benjamin, Esq.**                When was the debt incurred? _____
**11821 Queens Blvd Ste 501**
**Forest Hills, NY 11375-7207**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify _____

---

Debtor 1   **Braverman, Eric R.**                                    Case number (if know) _____

| 4.37 | **Omar Salah** | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**20 Pine St # 2302**
**New York, NY 10005-1432**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.38 | **Path Medical P.C.** | Last 4 digits of account number _____ | **$7,809,750.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**304 Park Ave S**
**New York, NY 10010-4301**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.39 | **Peter Lomtevas, Esq.** | Last 4 digits of account number _____ | **$15,000.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1248 85th St**
**Brooklyn, NY 11228-3310**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1  **Braverman, Eric R.**                                    Case number (if know) _____

---

| 4.40 | **Rainbow Diet Wellness Center LLC** | Last 4 digits of account number _____ | **$73,045.55** |

Nonpriority Creditor's Name
**c/o Darya Braverman**
**39 N Moore St Apt 3B**
**New York, NY 10013-2493**
When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.41 | **Raoul Felder** | Last 4 digits of account number _____ | **$115,000.00** |

Nonpriority Creditor's Name

**437 Madison Ave # 36**
**New York, NY 10022-7001**
When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.42 | **Salem Media** | Last 4 digits of account number _____ | **$27,120.00** |

Nonpriority Creditor's Name

**4880 Santa Rosa Rd**
**Camarillo, CA 93012-5190**
When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Debtor 1 __Braverman, Eric R._____   Case number (if known) _____

| 4.43 | **Santander** | Last 4 digits of account number ___ ___ ___ ___ | **$30,000.00** |

Nonpriority Creditor's Name

**250 Lexington Ave**
**New York, NY 10016-4638**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.44 | **Savoy Bank** | Last 4 digits of account number ___ ___ ___ ___ | **$138,711.49** |

Nonpriority Creditor's Name

**600 5th Ave Fl 17**
**New York, NY 10020-2322**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.45 | **Simon Miller** | Last 4 digits of account number ___ ___ ___ ___ | **$56,578.88** |

Nonpriority Creditor's Name

**c/o Blank Rome LLP**
**405 Lexington Ave**
**New York, NY 10174-0002**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Braverman, Eric R.**                                    Case number *(if know)*

---

| 4.46 | **Steven DiNardi** | Last 4 digits of account number _____ _____ _____ _____ | $100,000.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

12 Industrial Dr
New Brunswick, NJ 08901-3632
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.47 | **Wells Fargo** | Last 4 digits of account number _____ _____ _____ _____ | $5,368.74 |

Nonpriority Creditor's Name

When was the debt incurred? _____

1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

6. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Bruno Patrick Bianchi, Esq.**
9010 157th Ave
Howard Beach, NY 11414-2738

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.36** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Jack N. Posner**
1100 Franklin Ave # 305
Garden City, NY 11530-1601

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.34** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Jamie Andrew Screck, P.C.**
**Attn: Tempest Alston**
520 8th Ave Fl 18
New York, NY 10018-6507

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1 **Braverman, Eric R.**  Case number (if known) _____

| | |
|---|---|
| **Joseph Bongiorno & Assoc.**<br>**250 Mineola Blvd**<br>**Mineola, NY 11501-2447** | Line **4.35** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Name and Address
**Kazlow & Kazlow**
**237 W 35th St Fl 14**
**New York, NY 10001-1905**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Kazlow & Kazlow**
**237 W 35th St Fl 14**
**New York, NY 10001-1905**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Petro Zinkovetsky, Esq.**
**1166 Avenue of the Americas Fl 4**
**New York, NY 10036-2750**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Sprechman & Fisher, P.A.**
**2775 NE 163rd St # 100**
**Miami, FL 33160-4078**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Sprechman & Fisher, P.A.**
**2775 NE 163rd St # 100**
**Miami, FL 33160-4078**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Stempel Bennet Claman &**
**Hochberg**
**Attn: Dennis McCoobery, Esq.**
**675 3rd Ave Fl 31**
**New York, NY 10017-5721**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Zeichner Ellman & Krause LLP**
**Attn: Nathan Schwed, Esq.**
**1211 Avenue of the Americas**
**New York, NY 10036-8701**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Zeldes, Needle & Cooper, P.C.**
**Attn: Jason T. Prueher, Esq.**
**1000 Lafayette Blvd**
**Bridgeport, CT 06604-4725**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 999,314.49 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |

Debtor 1  **Braverman, Eric R.**                                    Case number *(if know)*

| | | | | |
|---|---|---|---|---|
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 999,314.49 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 14,449,386.10 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 14,449,386.10 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Eric R. Braverman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules   You have nothing else to report on this form
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |

**2.1**

| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.2**

| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.3**

| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.4**

| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.5**

| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| Debtor 1 | **Eric R. Braverman** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Darya Braverman**<br>**39 N Moore St Apt 3B**<br>**New York, NY 10013-2493** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**Citi Bank Loan** |
| 3.2 | **Path Foundation NY** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**Boies Schiller & Flexner LLP** |
| 3.3 | **Path Medical P.C.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Ari Teman** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Braverman, Eric R.**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Path Medical P.C.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**Citi Bank Loan** |
| 3.5  **Path Medical P.C.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Itria Ventures LLC** |
| 3.6  **Path Medical P.C.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**MLS Funding** |
| 3.7  **Path Medical P.C.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Olga Gilmartin** |
| 3.8  **Total Health Nutrients LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Ari Teman** |
| 3.9  **Total Health Nutrients LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**Citi Bank Loan** |
| 3.10  **Total Health Nutrients LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Douglas Labs/HVL** |
| 3.11  **Total Health Nutrients LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Itria Ventures LLC** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Braverman, Eric R.**                                              Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                   Column 2: **The creditor to whom you owe the debt**
                                                              Check all schedules that apply:

3.12  **Total Health Nutrients LLC**                          ☐ Schedule D, line _____
                                                              ■ Schedule E/F, line  __4.44__
                                                              ☐ Schedule G
                                                              **Savoy Bank**

Schedule H: Your Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Eric R. Braverman** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. Fill in your employment information.

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | Doctor | |
| Employer's name | | Path Medical P.C. | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 30,000.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 30,000.00 | $ N/A |

Debtor 1    **Braverman, Eric R.**                                                    Case number (if known) _____

|  |  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | 4. | | $ 30,000.00 | $ N/A |
| 5. | List all payroll deductions. | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 0.00 | $ N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ N/A |
| | 5e. Insurance | 5e. | | $ 0.00 | $ N/A |
| | 5f. Domestic support obligations | 5f. | | $ 0.00 | $ N/A |
| | 5g. Union dues | 5g. | | $ 0.00 | $ N/A |
| | 5h. Other deductions. Specify: _____ | 5h. + | | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | | $ 30,000.00 | $ N/A |
| 8. | List all other income regularly received: | | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ N/A |
| | 8b. Interest and dividends | 8b. | | $ 0.00 | $ N/A |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ N/A |
| | 8d. Unemployment compensation | 8d. | | $ 0.00 | $ N/A |
| | 8e. Social Security | 8e. | | $ 0.00 | $ N/A |
| | 8f. Other government assistance that you regularly receive | | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | | |
| | Specify: _____ | 8f. | | $ 0.00 | $ N/A |
| | 8g. Pension or retirement income | 8g. | | $ 0.00 | $ N/A |
| | 8h. Other monthly income. Specify: _____ | 8h. + | | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 0.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 30,000.00 + $ N/A = $ 30,000.00 | |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                11.  + $          0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies.    12. | $   30,000.00

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Eric R. Braverman** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

  _____
  MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
   
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of* Debtor 2.

2. **Do you have dependents?**   ☒ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent ..........

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 17,000.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 1,425.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 3,123.00 |
| 5 | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Braverman, Eric R.**                                    Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| 6a | Electricity, heat, natural gas | 6a. $ | 700.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 144.00 |
| 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 6,500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 200.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. $ | 0.00 |
| 15b. | Health insurance | 15b. $ | 0.00 |
| 15c. | Vehicle insurance | 15c. $ | 0.00 |
| 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Federal** | 16. $ | 10,500.00 |
| | Specify: **State** | $ | 2,400.00 |
| | Specify: **Local** | $ | 771.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. | Other. Specify: | 17c. $ | 0.00 |
| 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. $ | 3,000.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a. | Mortgages on other property | 20a. $ | 0.00 |
| 20b. | Real estate taxes | 20b. $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

22. **Calculate your monthly expenses.**

 22a. Add lines 4 through 21.           $   45,763.00

 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $

 22c. Add line 22a and 22b. The result is your monthly expenses.     $   45,763.00

23. **Calculate your monthly net income.**

 23a. Copy line 12 (your combined monthly income) from Schedule I.    23a. $   30,000.00

 23b. Copy your monthly expenses from line 22c above.      23b. -$   45,763.00

 23c.   Subtract your monthly expenses from your monthly income. The result is your monthly net income.    23c. $   -15,763.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

 ■ No.

 ☐ Yes.    Explain here:

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric R. Braverman** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $ 10,650,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | $ 14,500.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $ 10,664,500.00 |

**Part 2:    Summarize Your Liabilities**

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*.. | $ 4,475,795.34 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...................... | $ 999,314.49 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..... ............ | $ 14,449,386.10 |
| | **Your total liabilities** | $ 19,924,495.93 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* ................................................. | $ 30,000.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* ............................................... | $ 45,763.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   
   ■ Yes

7. **What kind of debt do you have?**
   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.
   
   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box and submit this form to the court with your other schedules.*

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Braverman, Eric R.**                                    Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.                           $ _____

9   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 999,314.49 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f | $ 999,314.49 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Eric R. Braverman** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____  X _____

Eric R. Braverman
Signature of Debtor 1                  Signature of Debtor 2

Date **March 2, 2017**          Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Eric R. Braverman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☐  Married
    ■  Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■  No
    ☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■  No
    ☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | **$5,250.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Braverman, Eric R.** _____    Case number *(if known)* _____

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $46,799.91 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $39,575.30 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| | **Royalties** | $13,250.42 | | |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

■ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Debtor 1   **Braverman, Eric R.**                                   Case number *(if known)* _____

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
     *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of
     which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a
     business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

     ■ No
     ☐ Yes. List all payments to an insider.

     | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
     |---|---|---|---|---|

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
     Include payments on debts guaranteed or cosigned by an insider.

     ■ No
     ☐ Yes. List all payments to an insider

     | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
     |---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications,
     and contract disputes.

     ☐ No
     ■ Yes. Fill in the details.

     | Case title Case number | Nature of the case | Court or agency | Status of the case |
     |---|---|---|---|
     | **See attached list to Chapter 11 petition** | . | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
     Check all that apply and fill in the details below.

     ☐ No. Go to line 11
     ■ Yes. Fill in the information below.

     | Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
     |---|---|---|---|
     | **Simon J.K. Miller**<br>405 Lexington Ave<br>New York, NY 10174-0002 | **Receiver appointed in 2016**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied | | $0.00 |

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
     ■ No
     ☐ Yes. Fill in the details.

     | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
     |---|---|---|---|

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
     ☐ No
     ■ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1    **Braverman, Eric R.**                                   Case number *(if known)* _____

---

**Part 5:** List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
   - ■ No
   - ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
   - ■ No
   - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:** List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

   - ■ No
   - ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:** List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   - ☐ No
   - ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Goldberg Weprin Finkel Goldstein LLP 1501 Broadway 22nd Floor New York, NY 10036 | $15,000 | | $15,000.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
   Do not include any payment or transfer that you listed on line 16

   - ■ No
   - ☐ Yes. Fill in the details

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include

Debtor 1    **Braverman, Eric R.**                                                  Case number *(if known)* _____

gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☐ No
■ Yes. Fill in the details

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| **Various Custodial Accounts** | **Listed in the schedules.** | |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **First Constitution** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other | | $14,000.00 |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Storage Bins at Apartment 200 Chambers St # 26C New York, NY 10007-1350** | | | ■ No<br>☐ Yes |

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for

Debtor 1   **Braverman, Eric R.**                                   Case number *(if known)*

someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

---

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:** Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address *(Number, Street, City, State and ZIP Code)* | Describe the nature of the business Name of accountant or bookkeeper | Employer identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1    **Braverman, Eric R.**                                    Case number *(if known)* _____

| Business Name | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| Address | | Do not include Social Security number or ITIN. |
| (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | |
| | | Dates business existed |
| See Bankruptcy Schedules | | EIN: |
| | | From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
■ Yes. Fill in the details below.

| Name | Date Issued |
| --- | --- |
| Address | |
| (Number, Street, City, State and ZIP Code) | |
| Itria | Divorce net worth statements given |

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_(signature)_

_____              _____
Eric R. Braverman                                            Signature of Debtor 2
Signature of Debtor 1

Date    **March 2, 2017**                                  Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

Debtor 1    **Eric R. Braverman**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern District of New York, Manhattan Division

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income                    12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

**Part 1:**    Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

    Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions) | $ 30,000.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $ 0.00 | $ |

5.  **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | |
| Ordinary and necessary operating expenses | -$ | 0.00 | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ 0.00 (Column A)    $ (Column B) |

6.  **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | |
| Ordinary and necessary operating expenses | -$ | 0.00 | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 (Column A)    $ (Column B) |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Braverman, Eric R.**                                         Case number (if known)

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 7. | Interest, dividends, and royalties | $ 0.00 | $ |
| 8. | Unemployment compensation | $ 0.00 | $ |
|  | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
|  | For you ................................................... $ 0.00 | | |
|  | For your spouse ...................................... $ | | |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. | | |
|  | If necessary, list other sources on a separate page and put the total below. | | |
|  | | $ | $ |
|  | | $ 0.00 | $ |
|  | Total amounts from separate pages, if any. | + $ 0.00 | $ |
| 11. | **Calculate your total current monthly income.**<br>Add lines 2 through 10 for each column.<br>Then add the total for Column A to the total for Column B. | $ 30,000.00 | + $ = $ 30,000.00 |

Debtor 1   **Braverman, Eric R.**                                        Case number (if known)   _____

| Part 2: | Sign Below |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____

**Eric R. Braverman**
Signature of Debtor 1

Date **March  2, 2017**
MM / DD  / YYYY

**United States Bankruptcy Court**
**Southern District of New York, Manhattan Division**

IN RE:                                                          Case No. ......................................

Braverman, Eric R. ..........................................   Chapter 11 ...................................
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March  2, 2017** .................        Signature: *[signature]* .........................
                                                            **Eric R. Braverman**                        Debtor

Date: ................................        Signature: .........................................
                                                                              Joint Debtor, if any

© 2017 CINgroup 1 866.218.1003 – CINcompass (www.cincompass.com)

200 Chambers St. Condominum
c/o Belkin Burden Wenig & Goldman LLP
270 Madison Ave # 5
New York, NY  10016-0601


304 Pas Owner LLC
304 Park Ave S
New York, NY  10010-4301


5W Pubic Relations LLC
1166 Avenue of the Americas Fl 4
New York, NY  10036-2750


AAA Financial Services
1415 Kellum Pl
Garden City, NY  11530-1695


Alexander Potruch, Esq.
666 Old Country Rd Ste 555
Garden City, NY  11530-2005


AnazaoHealth Corp.
5710 Hoover Blvd
Tampa, FL  33634-5339


Andrew J. Spinelli
295 Madison Ave
New York, NY  10017-6304

Ari Teman
140 7th Ave
New York, NY  10011-1843


Bank of America
Bank of America
PO Box 25118
Tampa, FL  33622-5118


Barry Berkman
521 5th Ave
New York, NY  10175-0003


Bender & Rosenthal LLP
451 Park Ave S # 8
New York, NY  10016-7390


Boies Schiller & Flexner LLP
575 Lexington Ave # 7
New York, NY  10022-6138


Bruno Patrick Bianchi, Esq.
9010 157th Ave
Howard Beach, NY  11414-2738


Can Capital
414 W 14th St
New York, NY  10014-1030

Chase
333 E 23rd St
New York, NY  10010-4710


CIT Financing Services
1 Cit Dr
Livingston, NJ  07039-5703


Citi
300 Park Ave S
New York, NY  10010-5313


Citi Bank Loan
300 Park Ave S
New York, NY  10010-5313


Court Reporter - Delores Hilliards
60 Centre St
New York, NY  10007-1402


Court Reporter - Diane Kavanaugh
60 Centre St
New York, NY  10007-1402


Court Reporter - Jeanette Lake - Mason
60 Centre St
New York, NY  10007-1402

```
Court Reporter - Monica Horvath
60 Centre St
New York, NY  10007-1402


Darya Braverman
39 N Moore St Apt 3B
New York, NY  10013-2493


Douglas Labs/HVL
600 Boyce Rd
Pittsburgh, PA  15205-9742


Elisheva Hannah Braverman
2283 3rd Ave Apt 3C
New York, NY  10035-1753


Frederick Charles Sake, PA
4770 Biscayne Blvd Ste 1400
Miami, FL  33137-3243


Fundation
c/o Jennifer Wood Collections
PO Box 2149
Gig Harbor, WA  98335-4149


Goldman Johnson
500 5th Ave # 34
New York, NY  10110-3399
```

```
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


Itria Ventures LLC
1000 N West St # 1200
Wilmington, DE  19801-1058


Jack N. Posner
1100 Franklin Ave # 305
Garden City, NY  11530-1601


Jamie Andrew Screck, P.C.
Attn: Tempest Alston
520 8th Ave Fl 18
New York, NY  10018-6507


Johnson, Morgan & White
6800 Broken Sound Pkwy NW
Boca Raton, FL  33487-2721


Jonathan J. Braverman
1107 SW 149th Ln
Sunrise, FL  33326-1958


Joseph Bongiorno & Assoc.
250 Mineola Blvd
Mineola, NY  11501-2447
```

Karen Brand
36 Maple Pl # 207
Manhasset, NY  11030-1976


Kazlow & Kazlow
237 W 35th St Fl 14
New York, NY  10001-1905


Konica Minolta
485 Lexington Ave
New York, NY  10017-2630


Leon Borstein
420 Lexington Ave Rm 2920
New York, NY  10170-2902


Michell Cohen
c/o Callan, Koster, Brady & Nagler LLP
1 Whitehall St
New York, NY  10004-2109


MLS Funding
147 Main St Lower Level
Cold Spring Harbor, NY  11724-1425


Morgan Stanley
1 Penn Plz Fl 43
New York, NY  10119-4323

New York State Dept of Labor
75 Varick St Fl 7
New York, NY   10013-1900


NJ Medical Consultant - DeBlasio
c/o Joseph Bongiorno & Assocs.
250 Mineola Blvd
Mineola, NY   11501-2447


NY City Department of Finance
Bankruptcy Unit
345 Adams St Fl 3
Brooklyn, NY   11201-3719


NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY   11201-3719


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY   12205-0300


Ocwen Loan Servicing LLC
PO Box 5400
Carol Stream, IL   60197-5400

Olga Gilmartin
c/o Jeffrey Benjamin, Esq.
11821 Queens Blvd Ste 501
Forest Hills, NY  11375-7207


Omar Salah
20 Pine St # 2302
New York, NY  10005-1432


Path Medical P.C.
304 Park Ave S
New York, NY  10010-4301


Peter Lomtevas, Esq.
1248 85th St
Brooklyn, NY  11228-3310


Petro Zinkovetsky, Esq.
1166 Avenue of the Americas Fl 4
New York, NY  10036-2750


Rainbow Diet Wellness Center LLC
c/o Darya Braverman
39 N Moore St Apt 3B
New York, NY  10013-2493


Raoul Felder
437 Madison Ave # 36
New York, NY  10022-7001

```
Salem Media
4880 Santa Rosa Rd
Camarillo, CA   93012-5190


Santander
250 Lexington Ave
New York, NY   10016-4638


Savoy Bank
600 5th Ave Fl 17
New York, NY   10020-2322


Simon Miller
c/o Blank Rome LLP
405 Lexington Ave
New York, NY   10174-0002


Specialized Loan Services
Specialized Loan Servicing LLC
PO Box 636005
Littleton, CO   80163-6005


Sprechman & Fisher, P.A.
2775 NE 163rd St # 100
Miami, FL   33160-4078


Stempel Bennet Claman & Hochberg
Attn: Dennis McCoobery, Esq.
675 3rd Ave Fl 31
New York, NY   10017-5721
```

Steven DiNardi
12 Industrial Dr
New Brunswick, NJ   08901-3632


Wells Fargo
1010 Thomas Edison Blvd SW
Cedar Rapids, IA   52404-8247


Zeichner Ellman & Krause LLP
Attn: Nathan Schwed, Esq.
1211 Avenue of the Americas
New York, NY   10036-8701


Zeldes, Needle & Cooper, P.C.
Attn: Jason T. Prueher, Esq.
1000 Lafayette Blvd
Bridgeport, CT   06604-4725